**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00218-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW ALEX MARTINEZ,
  a/k/a "Junior",

    Defendant.

---

**ORDER SETTING TRIAL DATES AND DEADLINES**

---

    This matter is before the Court upon appearance by counsel.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **June 10, 2009** and responses to these motions shall be filed by **June 19, 2009**.  It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **July 17, 2009 at 11:00 a.m.**, in Courtroom A602 of the Arraj Courthouse.  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

    FURTHER ORDERED that a five-day jury trial is set for **July 27, 2009 at 9:00 a.m.**, in Courtroom A602.

    DATED:  May   22  , 2009

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge