**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00218-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ANDREW ALEX MARTINEZ,
  a/k/a "Junior",

      Defendant.

---

## ORDER SETTING CHANGE OF PLEA HEARING

---

      Pursuant to the telephone conference between counsel and Chambers staff, and

in response to the Notice of Disposition (Doc. # 14), a Change of Plea hearing is set for

**July 17, 2009 at 2:30 p.m.** in Courtroom A602 of the Arraj Courthouse**.**  Counsel for the

parties shall deliver courtesy copies of the "Statement by Defendant In Advance of

Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers

and to the Probation Department no later than **noon on July 15, 2009**.  If these

documents are not timely submitted, the hearing will be vacated.  There will be no

exceptions to this policy.  The original and one copy of these documents should be

delivered to the courtroom deputy in the courtroom at the time of the hearing (*see*

D.C.COLO.LCrR 11.1F).

      DATED:  June __11__, 2009

                                  BY THE COURT:

                                  _____

                                  CHRISTINE M. ARGUELLO
                                  United States District Judge