**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00218-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW ALEX MARTINEZ,

    Defendant.

_____

**ORDER**
_____

PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on January 6, 2014, it is

ORDERED that Defendant Andrew Alex Martinez, is sentenced to TIME SERVED.

DATED: January 6, 2014

                BY THE COURT:

                _____
                Christine M. Arguello
                United States District Judge