**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 09-cr-00218-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDREW MARTINEZ,

    Defendant.
_____

**ORDER**
_____

    PURSUANT to and in accordance with Order entered by the Honorable Christine M. Arguello on February 19, 2015, it is

    ORDERED that Defendant Andrew Martinez, is sentenced to TIME SERVED.

    DATED: February 19, 2015

                                  BY THE COURT:

                                  _____
                                  Christine M. Arguello
                                  United States District Judge